**Order entered May 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00662-CR
No. 05-21-00663-CR

**PHILLIP LYNN SCHWARTZKOPF, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause Nos. 001-86990-2020 & 001-86991-2020**

**ORDER**

Before the Court is appellant's May 2, 2022 motion to abate these appeals. In the motion, retained appellate counsel states she has thoroughly reviewed the records in these appeals and researched potential issues but has been unable to identify any viable issues. Counsel accurately states she cannot file an *Anders* brief because she is retained but asks for a fourteen-day abatement to allow appellant time to decide how he wishes to proceed.

We **GRANT** the motion. We **ORDER** appellate counsel to inform the Court of appellant's decision and/or the status of these appeals **BY MAY 27, 2022**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Corinne Mason, Presiding Judge, County Court at Law No. 1; and to counsel for all parties.

We **ABATE** these appeals. The appeals will be reinstated on May 27, 2022 or when the Court deems it appropriate to do so.

/s/    ERIN A. NOWELL
        JUSTICE